UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11235
   ANDREA B CONTRERAS
                                 CHAPTER 13

                                 JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3686

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/22/07 and confirmed on 10/05/07.

   2.  The case was dismissed after confirmation, 08/22/2008.

   3.  The Debtor paid a total of $  2768.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | 955.28 | .00 | 7.05 |
| INTERNAL REVENUE SERVICE | PRIORITY | 15422.30 | .00 | 113.90 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| EAR NOSE THROAT LTD | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 753.41 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMPUCREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| DOMINICKS | UNSECURED | NOT FILED | .00 | .00 |
| DOUGLAS N BAUER DDS | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE MANAGEMENT SERV | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA BANK | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 14924.84 | .00 | .00 |
| JUST FOR KIX | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 762.74 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| ILLINOIS BONE & JOINT CE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ACTION FIN SRV | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 275.87 | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| QUIK PAYDAY.COM | UNSECURED | NOT FILED | .00 | .00 |
| DSG GROUP | UNSECURED | NOT FILED | .00 | .00 |
| RAVINIA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| RIEXINGER & ASSOCIATES L | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY LOS ANGELES EFCU | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SONIC PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 614.93 | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| TIMBER HILL INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2577.22 | .00 | .00 |
| LUIS B CONTRERAS | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 443.74 | .00 | .00 |
| COMED | UNSECURED | 108.79 | .00 | .00 |

Summary of disbursements:

----------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
----------------------------------------------------------------------
| TOTAL CLMS ALLOWED | .00 | 16377.58 | 20461.54 | .00 | 36839.12 |
| PRINCIPAL PAID | .00 | 120.95 | .00 | .00 | 120.95 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 120.95 | .00 | .00 | 120.95 |

The Debtor's attorney, JOEL A SCHECHTER                  , was allowed $    2500.00
and was paid $    2500.00 .

The Trustee received $    147.05 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/13/08                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                        PAGE   3
CASE NO. 07 B 11235 ANDREA B CONTRERAS
```